IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES, INC.,

    Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC.,
HWSM PHARMACEUTICALS, L.L.C. f/k/a MIDLOTHIAN LABORATORIES, L.L.C.,
PROETHIC PHARMACEUTICALS, INC., and
NEXGEN PHARMA, INC.,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANTS
## HWSM PHARMACEUTICALS, L.L.C. f/k/a MIDLOTHIAN LABORATORIES, L.L.C,
## AND PROETHIC PHARMACEUTICALS, INC.

**Blackburn, J.**

    The matter before me is **Plaintiff's Notice of Dismissal** [#14] filed June 24, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims against defendants, HWSM Pharmaceuticals, L.L.C., f/k/a Midlothian Laboratories, L.L.C., and ProEthic Pharmaceuticals, Inc., should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiff's Notice of Dismissal** [#14] filed June 24, 2008, is **APPROVED**;

    2. That plaintiff's claims against defendants, HWSM Pharmaceuticals, L.L.C., f/k/a Midlothian Laboratories, L.L.C., and ProEthic Pharmaceuticals, Inc., are

**DISMISSED WITH PREJUDICE**; and

3. That defendants, HWSM Pharmaceuticals, L.L.C., f/k/a Midlothian Laboratories, L.L.C., and ProEthic Pharmaceuticals, Inc., are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated June 25, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**