IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES, INC.,

     Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC.,
HWSM PHARMACEUTICALS, L.L.C. f/k/a MIDLOTHIAN LABORATORIES, L.L.C.,
PROETHIC PHARMACEUTICALS, INC., and
NEXGEN PHARMA, INC.,

     Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Unopposed Motion To Withdraw Plaintiffs' Motion [Docket No. 16] To Dismiss Counterclaims III & IV of Defendant HI-Tech Pharmacal Co., Inc.** [#21] filed July 15, 2008. After reviewing the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Withdraw Plaintiffs' Motion [Docket No. 16] To Dismiss Counterclaims III & IV of Defendant HI-Tech Pharmacal Co., Inc.** [#21] filed July 15, 2008, is **GRANTED**; and

2. That **Plaintiffs' Motion to Dismiss Counterclaims III and IV of Defendant Hi-Tech Pharmacal Co., Inc.** [#16] filed June 24, 2008, is **WITHDRAWN**.

Dated: July 16, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.