IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES,INC.,

Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC.,
CHEMINS COMPANY, INC., and
NEXGEN PHARMA, INC,

Defendants.

---

## ORDER
---

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental scheduling conference is set for **September 24, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall prepare a revised proposed scheduling order and submit it to the court on or before **September 19, 2008**.

Dated August 6, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge