## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES, INC.,

    Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC.,
the CHEMINS COMPANY, INC., and
NEXGEN PHARMA, INC.,

    Defendants.

## ORDER OF DISMISSAL OF
## DEFENDANT the CHEMINS COMPANY, INC., ONLY

**Blackburn, J.**

The matter comes before the court on the **Plaintiff's Notice of Dismissal** [#28] filed August 26, 2008. After reviewing the notice and the file, the court has concluded that the notice should be approved and that plaintiffs' claims against defendant, the Chemins Company, Inc., should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Dismissal** [#28] filed August 26, 2008, is **APPROVED**;

2. That plaintiffs' claima against defendant, the Chemins Company, Inc., are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant, the Chemins Company, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 26, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**