IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES,INC.,

Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC., and
NEXGEN PHARMA, INC,

Defendants.

___

**ORDER**
___

The parties appeared this morning for a scheduling conference, and certain dates and deadlines were discussed. Subsequently, I have conferred with the district judge and am informed that this case will be handled in a manner different from my contemplation this morning. I am informed that the district judge will enter an order establishing deadlines or a revised order or reference. Consequently, I will not enter the scheduling order reviewed during the scheduling conference this morning. The parties are instructed to disregard the deadlines we discussed, including the discovery cut-off, dispositive motion deadline, and deadline for designating expert witnesses. The settlement conference on January 21, 2009, at 10:00 a.m., and the final pretrial conference on September 22, 2009, at 8:30 a.m., are vacated.

SO ORDERED.

Dated September 24, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge