IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES, INC.,

Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC., and
NEXGEN PHARMA, INC,

Defendants.
_____

# ORDER
_____

On September 25, 2008, the district judge entered an Amended Order of Reference to United States Magistrate Judge [Doc. # 40] which includes the following among the proceedings which I am designated to conduct:

> Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on construction of the claims made the subject of this patent infringement case.

Amended Order of Reference [Doc. # 40] at p.2.

In the scheduling order submitted by the parties in July 2008 [Doc. # 23], they proposed a Markman procedure, including dates by which specified events were to occur. Proposed Scheduling Order [Doc. # 23] at Part 8(d). In view of the Amended Order of Reference, I believe that it is necessary to revisit the Markman procedure and scheduling of the case.

IT IS ORDERED that a status conference is set for **October 30, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to discuss scheduling of the case including particularly scheduling a procedure for the construction of disputed claims. Out-of-state counsel may attend the status conference by telephone by contacting my secretary, Estee Fraitag, at 303-844-6408 on or before October 27, 2008, to make arrangements for a conference call.

Dated October 16, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge