IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-00967-REB-BNB | Date: December 17, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| PAMLAB, L.L.C., and<br>METABOLITE LABORATORIES,INC., | Michael Dulin<br>Bruce DeRenzi |
| Plaintiffs, | |
| v. | |
| HI-TECH PHARMACAL CO., INC., and<br>NEXGEN PHARMA, INC, | Hugh Gottschalk |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 3:30 p.m.

Appearance of counsel. Dr. Nicholas Licato also present.

Court's opening remarks.

Argument presented.

Defendant Nexgen Pharma Inc.'s exhibit A is offered and accepted.

**ORDERED:** Defendant Nexgen Parma, Inc.'s motion to disqualify filed 11/21/08; Doc. 55 is TAKEN UNDER ADVISEMENT as stated on the record.

**ORDERED:** Unopposed motion for leave to file amended replies to counterclaims filed 12/16/08; Doc. 61 is granted. The clerk of the court is directed to accept amended reply of Pamlab, L.L.C. and Metabolite Laboratories, Inc. to the amended counterclaims of Hi-Tech Pharmacal Co, Inc. and the amended reply of Pamlab, L.L.C. and Metabolite Laboratories to the counterclaims of Nexgen Pharma, Inc.

Court in Recess   4:37 p.m.   Hearing concluded.   Total time in Court:   01:07

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.