IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES,INC.,

Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC., and
NEXGEN PHARMA, INC,

Defendants.
_____

**ORDER**
_____

This matter arises on the parties' **Stipulated Motion to Amend Scheduling Order and Trial Preparation Conference Order** [Doc. # 79, filed 3/27/2009] (the "Motion"). The Motion is GRANTED IN PART.

The parties report that they "believe that they have reached an agreement in principle on settlement, and are in the process of preparing and providing written settlement terms to confirm the agreement." Motion at ¶3. They do not indicate how long they believe it will take to "confirm the agreement," but they request a 30 day extension of virtually all pretrial deadlines. Id. The parties particularly seek an extension of the Markman proceedings.

Although not stated expressly, it appears that the parties expect to know within the next 30 days whether the case will be resolved by settlement. I will extend the immediate deadlines to give the parties that amount of time to focus on settlement. I will not at this time address the more distant deadlines, and particularly those established by the district judge and subject to

change only by him. In the unforeseen event that the case does not settle within the next 30 days, the parties may renew their request to extend the remaining deadlines.

IT IS ORDERED that the Motion is GRANTED in part, and the case schedule is modified to the following extent:

>Discovery Cut-Off: **September 28, 2009**
>
>Dispositive Motion Deadline: **September 28, 2009**

Markman Hearing: The Markman hearing for construction of patent claim terms scheduled for April 15, 2009, is VACATED and RESET to **May 15, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. On or before **April 30, 2009**, the parties shall submit one brief in support of their proposed claim constructions. No responsive briefs will be permitted.[1]

IT IS FURTHER ORDERED that the remaining case deadlines, and particularly the deadlines to disclose experts and rebuttal experts and the deadlines established by the district judge in his Trial Preparation Conference Order [Doc. # 50] are not altered by this Order.

IT IS FURTHER ORDERED that the parties shall immediately report to the court any final agreement by the parties on settlement terms or any determination by the parties that settlement pursuant to the agreement in principle is not possible.

Dated March 31, 2009.

>BY THE COURT:
>
>s/ Boyd N. Boland
>United States Magistrate Judge

---

[1] I note that while this Motion was pending, the defendants filed their Claim Construction Brief. [Doc. # 81, filed 3/30/2009.]