IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES,INC.,

Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC., and
NEXGEN PHARMA, INC,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 83, filed April 24, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 1, 2009**; and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 3, 2009**;

      IT IS FURTHER ORDERED that the Markman Hearing for construction of patent claim terms scheduled for May 15, 2009, is **vacated and reset to July 8, 2009, at 9:00 a.m.**, the time previously set aside for an all day Settlement Conference. That Settlement Conference is now **vacated**, to be reset at a later date. On or before **June 26, 2009**, the parties shall submit one brief in support of their proposed claim constructions. No responsive briefs will be permitted.

DATED: April 27, 2009