IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES,INC.,

Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC., and
NEXGEN PHARMA, INC,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 87, filed June 25, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED insofar as the Markman hearing set for **July 8, 2009**, is VACATED, and all briefing for that hearing need not be filed at this time.

      IT IS FURTHER ORDERED that the parties are to file a status report on **August 14, 2009**, indicating their progress toward settlement and whether the Markman hearing needs to be reset.

DATED:  June 26, 2009