**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00967-REB-BNB

PAMLAB, L.L.C., and
METABOLITE LABORATORIES, INC.,

    Plaintiffs,

v.

HI-TECH PHARMACAL CO., INC., and
NEXGEN PHARMA, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation Of Dismissal** [#93] filed July 10, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation Of Dismissal** [#93] filed July 10, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for November 13, 2009, is **VACATED**;

3. That the jury trial set to commence November 30, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 10, 2009, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge